177

## RECORD OF BOARD PROCEEDINGS
### (MINUTES)

_____Alexandria_____, Ky., _____May 30_____, __2006__

The __Campbell County__ Board of Education met at __Central Office__ at __3:30__ o'clock __P.__ M., on the __30th__ day of __May__, __2006__, with the following members present:

(1) Chuck Eifert, Chairman   (2) Mike Combs, Vice Chair   (3) Gary Combs

(4) Susan Fangman   (5) Rich Mason   R. Anthony Strong, Secretary

Mr. Chuck Eifert, Chairman of the Campbell County Board of Education, called the Board into special session, after being duly notified according to law, on Tuesday, May 30, 2006 at 3:30 PM at 101 Orchard Lane, Alexandria, with all members present. The agenda follows:

1. 2006-07 Salary Schedules
2. School Board Divisions
3. Student Personnel-KRS 61.810, Subsection F

1825  Motion by M. Combs, second by Mason that the agenda be approved with the following changes, upon the recommendation of the Superintendent:

Eliminate #3 – *Student Personnel*

VOTE: Mason-Yes; M. Combs-Yes; G. Combs-Yes; Fangman-Yes; Eifert-Yes
MOTION CARRIED

There was a lengthy discussion of the 2006-07 salary schedules, which included, but was not limited to: what other districts are doing; getting Campbell County above more districts in the salary rankings in Northern Kentucky; look at current proposed salary schedule with an additional 2% added. The Superintendent asked for direction as to what the Board wanted. The Superintendent was asked to prepare the following:

-Increase administrative indexes (certified and classified) to compensate for 232 days and at least a 5% increase
-1/2% added to Rank III
-1% average in the 15-27 years range in Rank II, and also the 10-14 range
-Look at giving the proposed classified schedules an additional ½ to 1%
-Need to see rankings of classified staff with other districts

Discussed adding salary schedules to the agenda for the special meeting on June 9th, which is being planned to award bids for the new elementary.

# EXHIBIT 1

178

School Board Attorney Garry Edmondson led the Board in a discussion of the proposed school board member district divisions reassignment. He advised the Board that it was their duty to change the divisions to be more equitable.

There were 6 proposals. After review and discussion the Board made the following motion regarding reassignment of board divisions:

1826   Motion by M. Combs, second by Eifert that the Board member district divisions be reassigned according to Proposal #1. (A copy of the Proposal #1 map is in the Supplementary File.)

   VOTE:  Mason – Passed; Eifert – Yes; Fangman – Yes; G. Combs – Yes
      M. Combs – Yes; Mason – Yes – MOTION CARRIED

With no other business to come before the Board, Chairman Eifert entertained a motion to adjourn.

1827   Motion by M. Combs, second by R. Mason that the Board of Education meeting adjourn.

   VOTE:  Mason-Yes; M. Combs-Yes; G. Combs-Yes; Fangman-Yes; Eifert-Yes
   MOTION CARRIED

CHAIRMAN _____   SECRETARY _____

