**Rust, David**

| | |
|---|---|
| **From:** | Rust, David |
| **Sent:** | Wednesday, October 30, 2019 3:47 PM |
| **To:** | Ryan Hermann |
| **Cc:** | Kyle Snyder |
| **Subject:** | Re: Population Numbers by Board Voting Divisions |

Thanks Ryan. I look forward to hearing back from you.

David A. Rust, Ed.D.

On Oct 30, 2019, at 3:16 PM, Ryan Hermann <rhermann@pdskc.org> wrote:

Good Afternoon Dr. Rust,
We have some analysis we can do with the 2010 census data and current predictions. We may be able to break it up via voting precincts. We will investigate and get back with you.

Thanks
Ryan

**From:** Rust, David <david.rust@campbell.kyschools.us>
**Sent:** Wednesday, October 30, 2019 11:02 AM
**To:** Kyle Snyder <jksnyder@pdskc.org>; Ryan Hermann <rhermann@pdskc.org>
**Subject:** RE: Population Numbers by Board Voting Divisions

My apologies. I left the attachment off of my previous email. It is now attached.
Thanks

**From:** Rust, David
**Sent:** Wednesday, October 30, 2019 11:01 AM
**To:** Kyle Snyder <jksnyder@pdskc.org>; rhermann@pdskc.org
**Subject:** Population Numbers by Board Voting Divisions

Gentlemen,
I have a request from my Board of Education to review their voter division boundaries to see what percentage of difference exists between them with the addition of Silver Grove into the 3rd division (see map – light blue). My understanding is that the numbers are based on adult residents, 18 years or older. Is this something you can produce for me or should I be working with another agency?
If there is a substantive difference, it would be good to see the numbers of adults by voting precinct, per division, to see how their division may be adjusted to balance out their constituent base.
Please feel free to call or email if you have additional questions.
Thanks,

*Dr. David A. Rust*



EXHIBIT 2

## Rust, David

**From:** Rust, David
**Sent:** Wednesday, November 13, 2019 7:54 AM
**To:** Ryan Hermann
**Cc:** Kyle Snyder
**Subject:** Re: Population Numbers by Board Voting Divisions

Thanks Ryan. I think all three of these reports may be useful to us. Any way you can have those to me by the last week of November so I can review in advance of a working session I have with my BOE on December 2nd?
Thanks,

Dr. David A. Rust, Superintendent
Campbell County Schools

Sent from my iPad

On Nov 12, 2019, at 3:55 PM, Ryan Hermann <rhermann@pdskc.org> wrote:

Good Afternoon Dr Rust,
I believe I have found 3 reports that will be able to get you the data you are looking for. I want to confirm with you to run these analysis because they do cost to run each time.

Here are the three analytics I plan to use. I've included sample reports so you can see what data we can pull from this. We can discuss mapping this information as well:

- 2010 Census Profile – 2010 Census info per voting precinct
- ACS Population Summary – Household/population current estimates
- Age by Sex Profile - Age of population including estimates

Reports are $20 each (taken out of contract) for the whole county. There are other reports as well but I'd like to get it all in one go so we do not have to repeat any reports.

Please let me know how you would like to proceed.

Thanks,
Ryan

**From:** Rust, David <david.rust@campbell.kyschools.us>
**Sent:** Wednesday, October 30, 2019 3:47 PM
**To:** Ryan Hermann <rhermann@pdskc.org>
**Cc:** Kyle Snyder <jksnyder@pdskc.org>
**Subject:** Re: Population Numbers by Board Voting Divisions

Thanks Ryan. I look forward to hearing back from you.

David A. Rust, Ed.D.

On Oct 30, 2019, at 3:16 PM, Ryan Hermann <rhermann@pdskc.org> wrote:

Good Afternoon Dr. Rust,
We have some analysis we can do with the 2010 census data and current predictions. We may be able to break it up via voting precincts. We will investigate and get back with you.

Thanks
Ryan

**From:** Rust, David <david.rust@campbell.kyschools.us>
**Sent:** Wednesday, October 30, 2019 11:02 AM
**To:** Kyle Snyder <jksnyder@pdskc.org>; Ryan Hermann <rhermann@pdskc.org>
**Subject:** RE: Population Numbers by Board Voting Divisions

My apologies. I left the attachment off of my previous email. It is now attached.
Thanks

**From:** Rust, David
**Sent:** Wednesday, October 30, 2019 11:01 AM
**To:** Kyle Snyder <jksnyder@pdskc.org>; rhermann@pdskc.org
**Subject:** Population Numbers by Board Voting Divisions

Gentlemen,
I have a request from my Board of Education to review their voter division boundaries to see what percentage of difference exists between them with the addition of Silver Grove into the 3rd division (see map – light blue). My understanding is that the numbers are based on adult residents, 18 years or older. Is this something you can produce for me or should I be working with another agency?
If there is a substantive difference, it would be good to see the numbers of adults by voting precinct, per division, to see how their division may be adjusted to balance out their constituent base.
Please feel free to call or email if you have additional questions.
Thanks,

**Dr. David A. Rust**
**Superintendent of Schools**

*Campbell County Schools*
*101 Orchard Ln.*
*Alexandria, KY 41001*
*859-635-2173*

*My R.E.G.s – RIGOR, ENGAGEMENT and GROWTH*

## Rust, David

**From:** Ryan Hermann <rhermann@pdskc.org>
**Sent:** Wednesday, December 4, 2019 11:32 AM
**To:** Rust, David
**Subject:** RE: Voting Precincts and CCS
**Attachments:** Select_Precincts_in_CCS_Districts.xls; CCS_Select_Areas_In_Precincts.pdf; Select_Precincts_Example.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

David,
See the map as an example. I created areas defined by the school district boundary and precinct area. I then ran the same analysis and got the following results. Bellevue B did not compute a result, not sure why.
Let me know if you have any questions. Hope this helps.

Thanks,
Ryan

**From:** Rust, David <david.rust@campbell.kyschools.us>
**Sent:** Wednesday, November 27, 2019 8:19 AM
**To:** Ryan Hermann <rhermann@pdskc.org>
**Subject:** Voting Precincts and CCS

Ryan,
Please see the attachment. These are specific addresses for the three voting precincts that are split between Campbell County Schools and neighboring school districts. Is there any way you can determine population based on the streets and addresses noted within so we can break those precincts up and determine approximately how many folks are ours versus the other school district? Please let me know if you need any clarification.
Thanks,
David

| PRECINCT | 2010_Census_Pop | 2019_Pop_Age | 2019_Percent_18_Up |
| --- | --- | --- | --- |
| BELLEVUE B | | | |
| DAYTON C | 406 | 453 | 77.9 |
| NEWPORT H | 229 | 245 | 79.2 |


LINK-GIS MAP
Select Areas
School District CC
1:22,161
0 460 920 1,840 Feet
LINK-GIS
PDS
1840 Simon Kenton Way, Suite 3400
Covington, KY 41011-2999
859.331.8980
Office hours M-F 8-5
www.linkgis.org
Parcel data provided by CCPVA, PCPVA and LINK-GIS.
Date: 12/4/2019
These GIS data are deemed reliable and every effort has been made to ensure their accuracy. They are, however, provided "as is" without warranty of correctness, timeliness, reliability, or completeness. Map elements do not represent a legal survey of land. Use of these data for any purpose should be with an acknowledgement of their limitations, including the fact that they are dynamic in nature and in a constant state of maintenance. Field investigation may be necessary.
DAYTON C
DAYTON C
DAYTON
BELLEVUE B
BELLEVUE
NEWPORT H
NEWPORT H
FORT THOMAS
MANHATTAN-BLVD
3RD-AVE
4TH-AVE
5TH-AVE
7TH-AVE
9TH-AVE
10TH-AVE
2ND-AVE
6TH-AVE
CLAY-ST
DODD-DR
ERVIN-TER
VINE-ST
WALNUT-ST
O FALLON AVE
GOULD-ALY
WARD-AVE
WASHINGTON-AVE
TAYLOR-AVE
BERRY-AVE
RIVIERA-DR
WILDCAT-DR
E-2ND-ST
E-7TH-ST
LINDEN-AVE
GEIGER-AVE
WILSON-RD
VINE-ST
TRUMAN-LN
GRANT-PARK-DR
LINCOLN-RD
GREGORY-LN
COVERT-PL
STANBERY-RDG
MEMORIAL-PKWY
MARIAN-DR
CAPRI-DR
KYLES-LN
HUNTEMANN-LN
GRAND-AVE
MARY-INGLES-HWY
471
8



# Age by Sex Profile

BELLEVUE B
Area: 0.04 square miles

Prepared by Esri

| Summary | Census 2010 | 2019 | 2024 | 2019-2024 Change | 2019-2024 Annual Rate |
|---|---|---|---|---|---|
| Population | 0 | 0 | 0 | 0 | 0.00% |
| Households | 0 | 0 | 0 | 0 | 0.00% |
| Average Household Size | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Median Age | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% |
| Median Male Age | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% |
| Median Female Age | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% |

| | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| Total Population by Age | Number | Percent | Number | Percent | Number | Percent |
| Total | 0 | 100.0% | 0 | 100.0% | 0 | 100.0% |
| 0 - 4 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 5 - 9 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 10 - 14 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 15 - 19 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 20 - 24 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 25 - 29 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 30 - 34 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 35 - 39 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 40 - 44 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 45 - 49 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 50 - 54 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 55 - 59 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 60 - 64 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 65 - 69 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 70 - 74 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 75 - 79 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 80 - 84 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 85+ | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 18+ | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 21+ | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

| | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| Total Population by Age Dependency | Number | Percent | Number | Percent | Number | Percent |
| Total | 0 | 100.0% | 0 | 100.0% | 0 | 100.0% |
| Child (<18) | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Working-Age (18-64) | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Senior (Age 65+) | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Child Dependency Ratio | 0.0 | - | 0.0 | - | 0.0 | - |
| Age Dependency Ratio | 0.0 | - | 0.0 | - | 0.0 | - |
| Senior Dependency Ratio | 0.0 | - | 0.0 | - | 0.0 | - |

**Data Note:** Detail may not sum to totals due to rounding. Dependency ratios represent the number of dependents per 100 persons of the working-age population aged 18 to 64.
**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



# Age by Sex Profile

BELLEVUE B
Area: 0.04 square miles

Prepared by Esri

| Male Population by Age | Census 2010 Number | Census 2010 Percent | 2019 Number | 2019 Percent | 2024 Number | 2024 Percent |
|---|---|---|---|---|---|---|
| Total | 0 | 100.0% | 0 | 100.0% | 0 | 100.0% |
| 0 - 4 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 5 - 9 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 10 - 14 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 15 - 19 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 20 - 24 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 25 - 29 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 30 - 34 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 35 - 39 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 40 - 44 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 45 - 49 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 50 - 54 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 55 - 59 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 60 - 64 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 65 - 69 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 70 - 74 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 75 - 79 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 80 - 84 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 85+ | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 18+ | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

| Female Population by Age | Census 2010 Number | Census 2010 Percent | 2019 Number | 2019 Percent | 2024 Number | 2024 Percent |
|---|---|---|---|---|---|---|
| Total | 0 | 100.0% | 0 | 100.0% | 0 | 100.0% |
| 0 - 4 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 5 - 9 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 10 - 14 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 15 - 19 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 20 - 24 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 25 - 29 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 30 - 34 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 35 - 39 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 40 - 44 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 45 - 49 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 50 - 54 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 55 - 59 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 60 - 64 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 65 - 69 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 70 - 74 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 75 - 79 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 80 - 84 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 85+ | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 18+ | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



# Age by Sex Profile

BELLEVUE B
Area: 0.04 square miles

Prepared by Esri




**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



# Age by Sex Profile

DAYTON C
Area: 0.4 square miles

Prepared by Esri

| Summary | Census 2010 | 2019 | 2024 | 2019-2024 Change | 2019-2024 Annual Rate |
|---|---|---|---|---|---|
| Population | 406 | 453 | 473 | 20 | 0.87% |
| Households | 189 | 211 | 220 | 9 | 0.84% |
| Average Household Size | 2.15 | 2.15 | 2.15 | 0.00 | 0.00% |
| Median Age | 38.5 | 39.7 | 41.3 | 1.6 | 0.79% |
| Median Male Age | 35.3 | 37.7 | 39.1 | 1.4 | 0.73% |
| Median Female Age | 41.2 | 42.5 | 43.5 | 1.0 | 0.47% |

| Total Population by Age | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 405 | 100.0% | 454 | 100.0% | 474 | 100.0% |
| 0 - 4 | 28 | 6.9% | 27 | 5.9% | 29 | 6.1% |
| 5 - 9 | 24 | 5.9% | 29 | 6.4% | 30 | 6.3% |
| 10 - 14 | 32 | 7.9% | 30 | 6.6% | 31 | 6.5% |
| 15 - 19 | 32 | 7.9% | 25 | 5.5% | 29 | 6.1% |
| 20 - 24 | 25 | 6.2% | 26 | 5.7% | 20 | 4.2% |
| 25 - 29 | 26 | 6.4% | 30 | 6.6% | 24 | 5.1% |
| 30 - 34 | 24 | 5.9% | 30 | 6.6% | 32 | 6.8% |
| 35 - 39 | 17 | 4.2% | 32 | 7.0% | 33 | 7.0% |
| 40 - 44 | 33 | 8.1% | 25 | 5.5% | 35 | 7.4% |
| 45 - 49 | 34 | 8.4% | 22 | 4.8% | 26 | 5.5% |
| 50 - 54 | 29 | 7.2% | 34 | 7.5% | 23 | 4.9% |
| 55 - 59 | 27 | 6.7% | 35 | 7.7% | 34 | 7.2% |
| 60 - 64 | 23 | 5.7% | 30 | 6.6% | 34 | 7.2% |
| 65 - 69 | 16 | 4.0% | 26 | 5.7% | 29 | 6.1% |
| 70 - 74 | 13 | 3.2% | 21 | 4.6% | 25 | 5.3% |
| 75 - 79 | 9 | 2.2% | 13 | 2.9% | 19 | 4.0% |
| 80 - 84 | 6 | 1.5% | 9 | 2.0% | 11 | 2.3% |
| 85+ | 8 | 2.0% | 10 | 2.2% | 10 | 2.1% |
| 18+ | 301 | 74.1% | 353 | 77.9% | 364 | 77.0% |
| 21+ | 289 | 71.2% | 337 | 74.4% | 349 | 73.8% |

| Total Population by Age Dependency | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 405 | 100.0% | 454 | 100.0% | 474 | 100.0% |
| Child (<18) | 104 | 25.6% | 101 | 22.3% | 109 | 23.0% |
| Working-Age (18-64) | 248 | 61.1% | 273 | 60.3% | 270 | 57.1% |
| Senior (Age 65+) | 52 | 12.8% | 79 | 17.4% | 94 | 19.9% |
| Child Dependency Ratio | 41.9 | - | 37.0 | - | 40.4 | - |
| Age Dependency Ratio | 62.9 | - | 65.9 | - | 75.2 | - |
| Senior Dependency Ratio | 21.0 | - | 28.9 | - | 34.8 | - |

**Data Note:** Detail may not sum to totals due to rounding. Dependency ratios represent the number of dependents per 100 persons of the working-age population aged 18 to 64.
**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



# Age by Sex Profile

DAYTON C
Area: 0.4 square miles

Prepared by Esri

| Male Population by Age | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 205 | 100.0% | 227 | 100.0% | 239 | 100.0% |
| 0 - 4 | 16 | 7.8% | 15 | 6.6% | 16 | 6.7% |
| 5 - 9 | 13 | 6.3% | 16 | 7.0% | 17 | 7.1% |
| 10 - 14 | 17 | 8.3% | 16 | 7.0% | 17 | 7.1% |
| 15 - 19 | 18 | 8.8% | 13 | 5.7% | 16 | 6.7% |
| 20 - 24 | 13 | 6.3% | 13 | 5.7% | 10 | 4.2% |
| 25 - 29 | 12 | 5.9% | 17 | 7.5% | 13 | 5.4% |
| 30 - 34 | 13 | 6.3% | 15 | 6.6% | 18 | 7.5% |
| 35 - 39 | 8 | 3.9% | 15 | 6.6% | 16 | 6.7% |
| 40 - 44 | 16 | 7.8% | 13 | 5.7% | 17 | 7.1% |
| 45 - 49 | 16 | 7.8% | 10 | 4.4% | 13 | 5.4% |
| 50 - 54 | 15 | 7.3% | 16 | 7.0% | 11 | 4.6% |
| 55 - 59 | 15 | 7.3% | 16 | 7.0% | 16 | 6.7% |
| 60 - 64 | 13 | 6.3% | 15 | 6.6% | 16 | 6.7% |
| 65 - 69 | 7 | 3.4% | 14 | 6.2% | 14 | 5.9% |
| 70 - 74 | 5 | 2.4% | 11 | 4.8% | 13 | 5.4% |
| 75 - 79 | 4 | 2.0% | 5 | 2.2% | 10 | 4.2% |
| 80 - 84 | 2 | 1.0% | 3 | 1.3% | 4 | 1.7% |
| 85+ | 2 | 1.0% | 3 | 1.3% | 3 | 1.3% |
| 18+ | 145 | 71.4% | 172 | 75.8% | 180 | 75.3% |

| Female Population by Age | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 200 | 100.0% | 226 | 100.0% | 234 | 100.0% |
| 0 - 4 | 12 | 6.0% | 12 | 5.3% | 13 | 5.6% |
| 5 - 9 | 10 | 5.0% | 13 | 5.8% | 13 | 5.6% |
| 10 - 14 | 15 | 7.5% | 14 | 6.2% | 14 | 6.0% |
| 15 - 19 | 13 | 6.5% | 11 | 4.9% | 13 | 5.6% |
| 20 - 24 | 12 | 6.0% | 12 | 5.3% | 9 | 3.8% |
| 25 - 29 | 14 | 7.0% | 13 | 5.8% | 12 | 5.1% |
| 30 - 34 | 11 | 5.5% | 15 | 6.6% | 14 | 6.0% |
| 35 - 39 | 9 | 4.5% | 17 | 7.5% | 16 | 6.8% |
| 40 - 44 | 17 | 8.5% | 12 | 5.3% | 18 | 7.7% |
| 45 - 49 | 18 | 9.0% | 12 | 5.3% | 12 | 5.1% |
| 50 - 54 | 15 | 7.5% | 18 | 8.0% | 12 | 5.1% |
| 55 - 59 | 12 | 6.0% | 19 | 8.4% | 18 | 7.7% |
| 60 - 64 | 10 | 5.0% | 15 | 6.6% | 18 | 7.7% |
| 65 - 69 | 9 | 4.5% | 13 | 5.8% | 15 | 6.4% |
| 70 - 74 | 8 | 4.0% | 10 | 4.4% | 12 | 5.1% |
| 75 - 79 | 5 | 2.5% | 8 | 3.5% | 10 | 4.3% |
| 80 - 84 | 4 | 2.0% | 6 | 2.7% | 7 | 3.0% |
| 85+ | 6 | 3.0% | 6 | 2.7% | 7 | 3.0% |
| 18+ | 156 | 76.8% | 181 | 80.1% | 184 | 78.6% |

**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



# Age by Sex Profile

DAYTON C
Area: 0.4 square miles

Prepared by Esri




**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



# Age by Sex Profile

NEWPORT H
Area: 0.05 square miles

Prepared by Esri

| Summary | Census 2010 | 2019 | 2024 | 2019-2024 Change | 2019-2024 Annual Rate |
|---|---|---|---|---|---|
| Population | 229 | 245 | 250 | 5 | 0.40% |
| Households | 89 | 94 | 96 | 2 | 0.42% |
| Average Household Size | 2.57 | 2.60 | 2.60 | 0.00 | 0.00% |
| Median Age | 38.4 | 40.9 | 41.2 | 0.3 | 0.15% |
| Median Male Age | 37.5 | 40.0 | 40.9 | 0.9 | 0.45% |
| Median Female Age | 39.4 | 42.2 | 42.2 | 0.0 | 0.00% |

| | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| **Total Population by Age** | Number | Percent | Number | Percent | Number | Percent |
| Total | 232 | 100.0% | 246 | 100.0% | 250 | 100.0% |
| 0 - 4 | 15 | 6.5% | 14 | 5.7% | 14 | 5.6% |
| 5 - 9 | 15 | 6.5% | 14 | 5.7% | 14 | 5.6% |
| 10 - 14 | 14 | 6.0% | 15 | 6.1% | 14 | 5.6% |
| 15 - 19 | 15 | 6.5% | 15 | 6.1% | 14 | 5.6% |
| 20 - 24 | 11 | 4.7% | 16 | 6.5% | 17 | 6.8% |
| 25 - 29 | 17 | 7.3% | 17 | 6.9% | 18 | 7.2% |
| 30 - 34 | 16 | 6.9% | 13 | 5.3% | 17 | 6.8% |
| 35 - 39 | 17 | 7.3% | 16 | 6.5% | 13 | 5.2% |
| 40 - 44 | 16 | 6.9% | 16 | 6.5% | 16 | 6.4% |
| 45 - 49 | 18 | 7.8% | 16 | 6.5% | 15 | 6.0% |
| 50 - 54 | 18 | 7.8% | 17 | 6.9% | 16 | 6.4% |
| 55 - 59 | 17 | 7.3% | 18 | 7.3% | 16 | 6.4% |
| 60 - 64 | 11 | 4.7% | 17 | 6.9% | 17 | 6.8% |
| 65 - 69 | 9 | 3.9% | 15 | 6.1% | 16 | 6.4% |
| 70 - 74 | 6 | 2.6% | 10 | 4.1% | 13 | 5.2% |
| 75 - 79 | 6 | 2.6% | 7 | 2.8% | 9 | 3.6% |
| 80 - 84 | 4 | 1.7% | 5 | 2.0% | 6 | 2.4% |
| 85+ | 4 | 1.7% | 5 | 2.0% | 5 | 2.0% |
| 18+ | 175 | 76.4% | 194 | 79.2% | 200 | 80.0% |
| 21+ | 168 | 73.4% | 185 | 75.5% | 192 | 76.8% |

| | Census 2010 | | 2019 | | 2024 | |
|---|---|---|---|---|---|---|
| **Total Population by Age Dependency** | Number | Percent | Number | Percent | Number | Percent |
| Total | 232 | 100.0% | 246 | 100.0% | 250 | 100.0% |
| Child (<18) | 54 | 23.6% | 51 | 20.8% | 50 | 20.0% |
| Working-Age (18-64) | 148 | 64.6% | 152 | 62.0% | 151 | 60.4% |
| Senior (Age 65+) | 29 | 12.7% | 41 | 16.7% | 49 | 19.6% |
| Child Dependency Ratio | 36.5 | - | 33.6 | - | 33.1 | - |
| Age Dependency Ratio | 56.1 | - | 60.5 | - | 65.6 | - |
| Senior Dependency Ratio | 19.6 | - | 27.0 | - | 32.5 | - |

**Data Note:** Detail may not sum to totals due to rounding. Dependency ratios represent the number of dependents per 100 persons of the working-age population aged 18 to 64.
**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



# Age by Sex Profile

NEWPORT H
Area: 0.05 square miles

Prepared by Esri

| Male Population by Age | Census 2010 Number | Census 2010 Percent | 2019 Number | 2019 Percent | 2024 Number | 2024 Percent |
|---|---|---|---|---|---|---|
| Total | 114 | 100.0% | 119 | 100.0% | 121 | 100.0% |
| 0 - 4 | 7 | 6.1% | 6 | 5.0% | 6 | 5.0% |
| 5 - 9 | 8 | 7.0% | 6 | 5.0% | 6 | 5.0% |
| 10 - 14 | 8 | 7.0% | 7 | 5.9% | 6 | 5.0% |
| 15 - 19 | 8 | 7.0% | 8 | 6.7% | 7 | 5.8% |
| 20 - 24 | 6 | 5.3% | 9 | 7.6% | 9 | 7.4% |
| 25 - 29 | 8 | 7.0% | 9 | 7.6% | 10 | 8.3% |
| 30 - 34 | 8 | 7.0% | 7 | 5.9% | 9 | 7.4% |
| 35 - 39 | 8 | 7.0% | 8 | 6.7% | 6 | 5.0% |
| 40 - 44 | 8 | 7.0% | 8 | 6.7% | 8 | 6.6% |
| 45 - 49 | 9 | 7.9% | 8 | 6.7% | 7 | 5.8% |
| 50 - 54 | 9 | 7.9% | 8 | 6.7% | 8 | 6.6% |
| 55 - 59 | 9 | 7.9% | 9 | 7.6% | 8 | 6.6% |
| 60 - 64 | 6 | 5.3% | 8 | 6.7% | 8 | 6.6% |
| 65 - 69 | 4 | 3.5% | 7 | 5.9% | 8 | 6.6% |
| 70 - 74 | 2 | 1.8% | 5 | 4.2% | 7 | 5.8% |
| 75 - 79 | 3 | 2.6% | 3 | 2.5% | 4 | 3.3% |
| 80 - 84 | 2 | 1.8% | 2 | 1.7% | 2 | 1.7% |
| 85+ | 1 | 0.9% | 2 | 1.7% | 2 | 1.7% |
| 18+ | 84 | 75.0% | 95 | 79.8% | 98 | 81.0% |

| Female Population by Age | Census 2010 Number | Census 2010 Percent | 2019 Number | 2019 Percent | 2024 Number | 2024 Percent |
|---|---|---|---|---|---|---|
| Total | 118 | 100.0% | 126 | 100.0% | 129 | 100.0% |
| 0 - 4 | 8 | 6.8% | 7 | 5.6% | 8 | 6.2% |
| 5 - 9 | 7 | 5.9% | 7 | 5.6% | 8 | 6.2% |
| 10 - 14 | 7 | 5.9% | 8 | 6.3% | 8 | 6.2% |
| 15 - 19 | 7 | 5.9% | 7 | 5.6% | 7 | 5.4% |
| 20 - 24 | 6 | 5.1% | 8 | 6.3% | 8 | 6.2% |
| 25 - 29 | 8 | 6.8% | 8 | 6.3% | 9 | 7.0% |
| 30 - 34 | 8 | 6.8% | 6 | 4.8% | 8 | 6.2% |
| 35 - 39 | 9 | 7.6% | 8 | 6.3% | 6 | 4.7% |
| 40 - 44 | 8 | 6.8% | 8 | 6.3% | 8 | 6.2% |
| 45 - 49 | 10 | 8.5% | 9 | 7.1% | 8 | 6.2% |
| 50 - 54 | 9 | 7.6% | 8 | 6.3% | 9 | 7.0% |
| 55 - 59 | 8 | 6.8% | 10 | 7.9% | 8 | 6.2% |
| 60 - 64 | 6 | 5.1% | 9 | 7.1% | 9 | 7.0% |
| 65 - 69 | 5 | 4.2% | 7 | 5.6% | 8 | 6.2% |
| 70 - 74 | 4 | 3.4% | 5 | 4.0% | 7 | 5.4% |
| 75 - 79 | 3 | 2.5% | 4 | 3.2% | 5 | 3.9% |
| 80 - 84 | 2 | 1.7% | 3 | 2.4% | 4 | 3.1% |
| 85+ | 3 | 2.5% | 3 | 2.4% | 3 | 2.3% |
| 18+ | 90 | 76.9% | 99 | 78.6% | 102 | 79.1% |

**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri



## Age by Sex Profile

NEWPORT H
Area: 0.05 square miles

Prepared by Esri




**Source:** U.S. Census Bureau, Census 2010 Summary File 1. Esri forecasts for 2019 and 2024.

December 04, 2019

©2019 Esri