# Campbell County Board of Education

## December 16, 2019

## Action Item # 2

| Resolution 19-01 Assignment of Silver Grove Voting Precinct (B912) | |
|---|---|
| **Proposal** | Assign Silver Grove Voting Precinct (B912) to BOE Division 3 Voting Boundaries. |
| **Fiscal Impact on District** | None |
| **Background** | As a result of the closure of the Silver Grove Independent School District and its folding into the Campbell County School District, the Campbell County Board of Education must assign the Silver Grove voting precinct into one of the current five board divisions. Board division number 3 entirely surrounds the Silver Grove voting precinct. Due to this fact and the relatively small population size of the Silver Grove precinct, it is recommended that the Silver Grove voting precinct (B912) be added to the Board division number 3. |
| **Superintendent's Recommendation** | Approve the adoption of Resolution 19-01 Assignment of Silver Grove Voting Precinct (B912). |

EXHIBIT 4

# RESOLUTION
## CAMPBELL COUNTY KENTUCKY
## BOARD OF EDUCATION
## R-19-01

**WHEREAS,** the Silver Grove Independent School Board determined to dissolve their district on June 30th, 2019 and merge with the Campbell County Common School District; and

**WHEREAS,** the Agreement between Silver Grove and Campbell County School District does not address the resulting voting district boundaries of the new Campbell County school district divisions, it is incumbent upon Campbell County Board of Education to establish the voting districts for the new Campbell County Schools; and

**WHEREAS,** the former Silver Grove Independent School District boundaries are encircled by District Three of the Campbell County Schools; and

**WHEREAS,** the Campbell County Board of Education has determined that absorption of the former Silver Grove voters into District Three will not result in an inequitable distribution of voters among the voting districts.

**NOW THERFORE,** be it resolved by the Campbell County Board of Education that the Campbell County Clerk merge the former Silver Grove Independent School District voters (precinct B912) into District Three of the Campbell County School Board boundary.

Done this 16th day of December 2019.

_____
Chairperson
Campbell County School Board

Attest _____
Superintendent