## Campbell County Board of Education

## January 13, 2020

## Action Item # 6

| | |
|---|---|
| **Establish Board Member Boundary Lines** ||
| Proposal | Establish Board Member Boundary Lines |
| Fiscal Impact on District | None |
| Background | As a result of the closure of the Silver Grove Independent School District and its folding into the Campbell County Common School District, it follows that the Campbell County Board of Education evaluate any necessary changes in population of Board District boundary lines and consider the need for a balancing of population among the divisions.<br><br>At the Board's December 2nd working meeting, the Board evaluated the current boundaries of their districts with the inclusion of Silver Grove's population being added to Division #3, which was formally approved at the December 16th regular meeting. The Kenton County Planning and Development Service (PDS) provided updated population numbers to support the Board's study.<br><br>Upon review of the updated population numbers within each boundary, it is the Board of Education's determination to reaffirm their current district boundaries as they had been previously assigned through the 2019 election, with the exception of the Silver Grove precinct being added to Division #3 as was acted upon at the December meeting. All pursuant to KRS 117.055.<br><br>Each Board member's boundary by population by precinct are provided on the attached document. |
| Superintendent's Recommendation | Approve the Board member boundaries and specific precincts as presented in the attached document. |

EXHIBIT 5

| Board Division- BOE Member Name | PRECINCT | CODE | 2010_Census_Pop | 2019_Pop_Age | Notes: |
|---|---|---|---|---|---|
| **Division 1** | | | | | |
| 1 - Winbigler | HIGHLAND HEIGHTS B | A602 | 1336 | 1354 | |
| 1- Winbigler | HIGHLAND HEIGHTS E | A605 | 1620 | 1700 | |
| 1- Winbigler | JOHNS HILL | B909 | 2955 | 3206 | |
| 1 - Winbigler | SOUTHGATE C | A503 | 418 | 483 | |
| 1 - Winbigler | SOUTHGATE D | A504 | 817 | 845 | |
| 1 - Winbigler | WILDER | B913 | 1596 | 1750 | |
| | | | 8742 | 9338 | |
| **Division 2** | | | | | |
| 2 - Dunn | COLD SPRING A | A701 | 1005 | 1006 | |
| 2 - Dunn | COLD SPRING B | B702 | 1531 | 1578 | |
| 2 - Dunn | COLD SPRING C | A703 | 1903 | 2039 | |
| 2 - Dunn | COLD SPRING D | B704 | 1524 | 1570 | |
| 2 - Dunn | COLD SPRING F | B706 | 2419 | 2810 | |
| 2 - Dunn | HIGHLAND HEIGHTS C | A603 | 822 | 802 | |
| 2 - Dunn | HIGHLAND HEIGHTS D | A604 | 1159 | 1166 | |
| | | | 10363 | 10971 | |
| **Division 3** | | | | | |
| 3 - Fender | ALEXANDRIA A | A801 | 1478 | 1533 | |
| 3 - Fender | CAMP SPRINGS | B906 | 1309 | 1354 | |
| 3 - Fender | COLD SPRING E | B705 | 898 | 910 | |
| 3 - Fender | FORT THOMAS J | C416 | 1096 | 1185 | |
| 3 - Fender | HIGHLAND HEIGHTS A | A601 | 614 | 627 | |
| 3 - Fender | MELBOURNE | B910 | 412 | 421 | |
| 3 - Fender | ROSS | B907 | 1113 | 1182 | |
| 3 - Fender | SILVER GROVE | B912 | 1189 | 1231 | |
| 3 - Fender (Split) | BELLEVUE B | C202 | Unknown per PDS | | |
| 3 - Fender (Split) | DAYTON C | C103 | 406 | 453 | |
| 3 - Fender (Split) | NEWPORT H | C308 | 229 | 245 | |
| | | | 8744 | 9141 | |
| **Division 4** | | | | | |
| 4- Schultz | ALEXANDRIA B | A802 | 1177 | 1250 | |
| 4- Schultz | ALEXANDRIA C | A803 | 1303 | 1864 | |
| 4- Schultz | ALEXANDRIA D | A804 | 1634 | 1701 | |
| 4- Schultz | ALEXANDRIA E | B805 | 1904 | 2005 | |
| 4- Schultz | ALEXANDRIA F | B806 | 1998 | 2250 | |
| 4- Schultz | ALEXANDRIA G | B807 | 1281 | 1301 | |
| | | | 9297 | 10371 | |
| **Division 5** | | | | | |
| 5 - Mason | CALIFORNIA | B902 | 1090 | 1199 | |
| 5 - Mason | CLARYVILLE | B905 | 2033 | 2249 | |
| 5 - Mason | GRANTS LICK | B904 | 2712 | 2825 | |
| 5 - Mason | MENTOR | B901 | 879 | 865 | |
| 5 - Mason | SUN VALLEY | B903 | 2482 | 2496 | |
| | | | 9196 | 9634 | |
| **Average Division Pop.** | | | 9268.4 | 9891 | |