UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CASE NO. 2:22-CV-00075-DLB-CJS

**CHARLIE COLEMAN, *et al.***                                               **PLAINTIFFS**

v.

**JANIS WINBIGLER, *et al.***                                               **DEFENDANTS**

### AFFIDAVIT OF DR. DAVID RUST

Comes now the Affiant, Dr. David Rust, and after being duly cautioned and sworn, states as follows:

1. I am the former Superintendent of Schools for the Campbell County School District, with my contract having ended on June 30, 2022. I was the Superintendent of Schools during the period of November – December, 2019, when the Board of Education last re-drew the School District's divisions.

2. In March, 2019, the Silver Grove Independent School Board voted to dissolve their independent public school district, with the merger of that district with the Campbell County School District occurring on July 1, 2019.

3. The merger of the independent public school district into the county school district increased the territory of the Campbell County School District, and the Campbell County Board of Education was tasked under KRS 160.210 with making changes to the division boundary lines to account for the new territory.

4. In order to assist the Board with its determination, I reached out to PDS of Kenton County to obtain analytics on the entire constituent base for the Campbell County Public School District with the merger of Silver Grove Independent Schools. PDS sent to me three analytic reports consisting of the 2010 Census Profile – 2010 Census information per voting precinct; ACS Population Summary – household/population current estimates; and Age by Sex Profile Report – Age of population including estimates.

5. All of the evidentiary documents and statistical data referenced in Defendants' response memorandum are true and accurate copies of the records and data provided to me by PDS and are the reports which the Board relied upon in making its determination as to the divisions in 2020. These are all regular business

#2611569v1                                         **EXHIBIT 6**

records maintained in the ordinary course of business at the Campbell County Public School District.

6. In addition to the data received from PDS, the Campbell County Board of Education also took into account the fact that division 3 was the only territory of the existing five divisions which is contiguous with the territory previously served by Silver Grove Independent Schools.

7. Besides the fact that division 3 was contiguous, there was also the consideration that the board seat for division 3 was up for election in 2020. For voters in Silver Grove this was important because placing them in division 3 provided them with the opportunity to vote for a member of the new school district that they had just become part of.

8. On December 16, 2019, the Campbell County Board of Education passed Resolution R-19-01 which provided that the former Silver Grove Independent School District be merged into division 3 of the Campbell County School District boundaries. This decision was then re-affirmed at the January 13, 2020 board meeting. The Campbell County Board's determination was only reached after careful consideration of the data and reports previously identified in this affidavit, and within the parameters of KRS 160.210 as interpreted by the Kentucky Courts.

**FURTHER, AFFIANT SAYETH NOT.**

_____
DAVID RUST

COMMONWEALTH OF KENTUCKY )
                                        ) ss
COUNTY OF CAMPBELL           )

Sworn to before me and subscribed in my presence by DAVID RUST, this __1ST__ day of __JULY__, 2022.

_____
NOTARY PUBLIC
My Commission Expires: __05/28/2025__
ID#: __KYNP29784__

#2611569v1