**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL CASE NO. 22-75-DLB-CJS**

**CHARLIE COLEMAN, et al.**                                                              **PLAINTIFFS**


**v.**                                            **JUDGMENT**


**JANIS WINBIGLER, et al.**                                                    **DEFENDANTS**

* * * * * * * * * *

This matter is before the Court on the filing of the parties' Joint Report (Doc. # 31) indicating that Plaintiffs have received all the relief requested in their Complaint, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     Due to the granting of Plaintiffs' Motion for a Preliminary Injunction, and parties' agreement that all Plaintiffs' claims have been adjudicated**, Judgment is entered on behalf of Plaintiffs on their 18 U.S.C. § 1983 claim**;

(2)     If Plaintiffs wish to file a Motion for Attorneys Fees, they shall do so in accordance with Local Rule 54.4, **no later than thirty (30) days after the entry of this Judgment**; and

(3)     After the expiration of thirty days, or the adjudication of a Motion for Attorneys Fees, whichever occurs last, this matter shall be **STRICKEN** from the Court's active docket.

This 22nd day of August, 2022.



Signed By:

**David L. Bunning**

**United States District Judge**

M:\DATA\ORDERS\Cov2022\22-75 Judgment.docx