# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON
# CASE NO. 2:22-CV-00075-DLB-CJS

**CHARLIE COLEMAN,** *et al.*                    **PLAINTIFFS**

**v.**

**JANIS WINBIGLER,** *et al.*                     **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, stipulate the dismissal of this action with prejudice pursuant to Fed.R.Civ. 41(a)(1)(A)(ii). The parties state all claims asserted herein have been settled and that all claims should therefore be dismissed with prejudice and each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Mary Ann Stewart* | */s/ Christopher Wiest w/email authority* |
| Mary Ann Stewart, Esq. (#82754) | Christopher Wiest |
| Aaren E. Meehan, Esq. (#96505) | Chris Wiest, Atty at Law, PLLC |
| ADAMS LAW, PLLC | 25 Town Center Blvd., Ste. 104 |
| 40 West Pike Street | Crestview Hills, KY 41017 |
| Covington, KY 41011 | 513.275.1895 \| 859.495.0803 – Fax |
| 859.394.6200 \| 859.392.7200 – Fax | chris@cwiestlaw.com |
| mstewart@adamsattorneys.com | |
| | */s/ Brandon N. Voelker w/email authority* |
| *Attorneys for Defendants, Janis Winbigler, Joshua Perkins, Kimber Fender, Peggy Schultz, and Richard Mason* | Brandon N. Voelker |
| | Gatlin Voelker, PLLC |
| | 50 E. Rivercenter Blvd., Ste. 1275 |
| | Covington, KY 41011 |
| | 859.781.9100 |
| | bvoelker@gatlinvoelker.com |
| | |
| | *Attorneys for Plaintiffs, Charlie Coleman, Noah Heim, Amy Dowton, and David Meyer* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the **14th** day of September, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Christopher Wiest and Brandon N. Voelker, Esq.

                                            ***/s/ Mary Ann Stewart***
                                             Mary Ann Stewart, Esq.